[No. 14344–1–I.   Division One.   December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04754–6, Francis E. Holman, J., entered

February 7, 1984. *Dismissed* by unpublished per curiam opinion.